1  McGREGOR W. SCOTT
   United States Attorney
2  KAREN A. ESCOBAR
   Assistant U.S. Attorney
3  2500 Tulare Street
   Fresno, California 93721
4  Telephone: (559) 497-4000



5

6          IN THE UNITED STATES DISTRICT COURT FOR THE

7                  EASTERN DISTRICT OF CALIFORNIA

8

9

10 IN RE:                              )   1:06-
                                       )   SW-F-036 SMS
11                                     )   SW-F-037 SMS
   SEARCH WARRANTS AUTHORIZED ON)          SW-F-038 SMS
12                                     )   SW-F-039 SMS
   2810 Tahoe Drive, Merced, CA;  )        SW-F-040 SMS
13                                     )   SW-F-041 SMS
   2232 Lobo Avenue, Merced, CA   )        SW-F-042 SMS
14                                     )
   3512 W. Highway 140, Merced,   )    APPLICATION TO UNSEAL SEARCH AND
15 CA;                                 )   SEIZURE WARRANTS, APPLICATIONS,
                                       )   AND AFFIDAVITS, AND SUPPORTING
16 1135 Martin Luther King, Jr.   )    MEMORANDUM
   Way, Merced, CA;                    )
17                                     )
   One 2003 Chevrolet Avalanche,  )
18 California License # 7D28291;  )
                                       )
19 One 2001 GMC Sierra 6R58878;   )
                                       )
20 One 1999 Honda Odyssey         )
   4RHX993.                            )
21 _____)

22

23      The United States of America hereby applies to this Court for

24 an order unsealing the search and seizure warrants, applications,

25 and affidavits in the above-captioned proceeding.

26      This motion is based on the fact that there is no longer a

27 need to keep these items sealed since the investigation resulted

28 in the arrests and the prosecution of defendants in United States

                                   1

1 | v. Sergio Reynol Padilla, et al., 1:06-cr-0059 AWI.

2 | Dated: April 17, 2007

Respectfully submitted,

McGREGOR W. SCOTT
United States Attorney

By: /s/ Karen Escobar
KAREN A. ESCOBAR
Assistant U.S. Attorney



```
McGREGOR W. SCOTT
United States Attorney
KAREN A. ESCOBAR
Assistant U.S. Attorney
2500 Tulare Street
Fresno, California 93721
Telephone: (559) 497-4000
```

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE:<br><br>SEARCH WARRANTS AUTHORIZED ON<br><br>2810 Tahoe Drive, Merced, CA;<br><br>2232 Lobo Avenue, Merced, CA<br><br>3512 W. Highway 140, Merced, CA;<br><br>1135 Martin Luther King, Jr. Way, Merced, CA;<br><br>One 2003 Chevrolet Avalanche, California License # 7D28291;<br><br>One 2001 GMC Sierra 6R58878;<br><br>One 1999 Honda Odyssey 4RHX993. | 1:06<br>SW-F-036 SMS<br>SW-F-037 SMS<br>SW-F-038 SMS<br>SW-F-039 SMS<br>SW-F-040 SMS<br>SW-F-041 SMS<br>SW-F-042 SMS<br><br>ORDER TO UNSEAL SEARCH AND SEIZURE WARRANTS, APPLICATIONS, AND AFFIDAVITS, AND SUPPORTING MEMORANDUM |

Having considered the government's application to unseal the search and seizure warrants, applications, and affidavits in the above-captioned proceeding,

IT IS HEREBY ORDERED that the search and seizure warrants, applications, and affidavits shall be UNSEALED.

Dated: April 17, 2007

SANDRA M. SNYDER
U.S. Magistrate Judge

1